DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OMAR ANTHONY GRAHAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1063

[June 13, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Jeffrey Hendriks, Judge; L.T. Case No. 2023MM000040A.

Carey Haughwout, Public Defender, and Stacey Kime, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***